

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | **FILED UNDER SEAL** |
| | : | No. 19MJ *113* (RMS) |
| COUNTY OF HARTFORD | : | January 18, 2019 |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Andrew W. Klopfer, being duly sworn, depose and state as follows:

1. Your affiant, Andrew W. Klopfer, has worked Counterterrorism Investigations as an FBI Special Agent for approximately 16 years. I entered on duty with the FBI in November 2002. Prior to this, I was a police officer for five years. During the course of my law enforcement career, I have participated in dozens of state and federal arrests and searches. Since November of 2012, I have been the Supervisory Special Agent of the FBI New Haven Joint Terrorism Task Force and I have supervised dozens of investigations, arrests, and searches.

2. The information contained in this affidavit is from my personal knowledge, as well as from information provided to your affiant by other law enforcement officers and/or witnesses including those listed herein. Due to the fact that the affidavit is being made to establish probable cause, your affiant has not listed each item and every fact known regarding the investigation.

3. Your affiant submits this affidavit in support of an application for a criminal complaint and arrest warrant for Alaa Hasan Qalb Allouz for violating Title 18, United States Code, Sections 2261A(2)(A) and 2261A(2)(B) (Stalking).

### Investigation

4. For background, Zakaa Adnan Aldabbak, hereinafter referred to as Zakaa, and Alaa Hasan Qalb Allouz, hereinafter referred to as Allouz, were married in Syria when Zakaa was sixteen (16) years of age, and Allouz was twenty-four (24) years of age. Zakaa and Allouz currently have four children, ages twenty (20) months through nine (9) years of age. It was reported that Allouz had

- 1 -

been shot in Syria which had prompted them to flee from Syria to Jordan. In July 2016, Zakaa and Allouz traveled to the United States as Syrian refugees, and initially settled in New Haven, Connecticut.

5. On November 29, 2016, Zakaa, took her youngest child at the time, hereinafter referred to as JUVENILE, thirteen (13) months of age at the time, to the Yale New Haven Hospital in New Haven, Connecticut. Zakaa reported to the New Haven Police Department (NHPD) that she and Allouz had been arguing, and JUVENILE had started to cry. Zakaa stated that Allouz had struck JUVENILE in the mouth with an open hand which caused JUVENILE'S mouth to bleed. Zakaa also reported that every time she would fall asleep Allouz would punch her. Zakaa advised that Allouz had burned her, and struck her with a cord in the past. Zakaa reported that she was afraid for her life, and afraid to go home.

6. Zakaa and JUVENILE were medically evaluated at the Yale New Haven Hospital. Zakaa was found to have abrasions and contusions on her body. JUVENILE had hyper-pigmented/crusted area on his right thigh approximately 1.5 cm x 2 cm with excoriated skin (skin has been scraped or abraded). Zakaa and her children were placed in a domestic violence shelter by the Connecticut Department of Children and Families.

7. On November 29, 2016, Allouz was arrested by NHPD, and charged with Risk of Injury, Assault in the 3rd Degree and Breach of Peace in the 2nd Degree. Allouz was allowed to be released on his own recognizance, and was ordered by the local judge to have no contact with the Zakaa.

8. On January 10, 2017, Allouz was arrested and charged with Violation of a Protection Order, a Class D Felony, when he located and made contact with Zakaa at the domestic violence shelter. Allouz was initially incarcerated at two (2) different Connecticut (CT) Department of Correction (DOC) facilities.

9. On April 17, 2017, Zakaa filed for a Dissolution of Marriage at the New Britain Justice Court, New Britain, Connecticut.

10. On July 14, 2017, Zakaa obtained a Standing Criminal Protective Order in the State of Connecticut, which is effective until July 14, 2042, which documents that the Allouz is not to contact Zakaa (the protected person) in any manner, including by written, electronic or telephone contact.

11. On August 15, 2017, Zakaa withdrew her amended complaint for legal separation. On August 6, 2018, the dismissal of the petition for the dissolution of marriage was granted.

12. On February 2, 2018, Allouz was taken into custody at the Corrigan Radgowski Correctional Institution by agents from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), on a federal arrest warrant – Arrest of Alien/Order of Deportation. Allouz was then transferred to the Franklin County Detention Center located at 160 Elm Street, Greenfield, Massachusetts 01301.

13. On July 11, 2018, Allouz was ordered to be removed from the United States and deported to Syria. However, ICE Agent Josue DelValle advised that the Department of State was currently not removing anyone to Syria. DHS/ICE are seeking a country who would accept Allouz, but it seems unlikely any country will accept him at this time.

14. On August 14, 2018, FBI Task Force Officer (TFO) Christopher Migani and SA Keegan interviewed Alexine Cassanova, Director of Care, Intergrated Refugee and Immigrant Services (IRIS), at her office in New Haven, Connecticut. It should be noted that Zakaa has been assisted by IRIS since she arrived in the United States. It was relayed that Cassanova believed Allouz had been telephonically contacting Zakaa in Connecticut, while he was incarcerated in Massachusetts, which is a violation of the Order of Protection.

15. On September 12, 2018, SA Keegan obtained a grand jury subpoena for the jail calls made by Allouz during his incarceration at the Franklin County Detention Center in Greenfield,

Massachusetts. The telephone calls made by Allouz were in Arabic, and had to be translated into English.

16. SA Keegan subsequently reviewed the translated telephone calls, and identified that Allouz had repeatedly harassed, threatened and intimidated Zakaa if she did not dismiss the Order of Protection, which he believed would ensure his freedom. Allouz made these calls from the Franklin County Detention Center in Greenfield, Massachusetts to Zakaa while she was residing in Connecticut. A sample of the translated telephone calls are listed below:

   a. Call dated July 12, 2018 – "It is all because of you, yeah. I mean you are going to lose your family and you will lose everything."

   b. Call dated July 25, 2018 – "If you don't fix things up this upcoming week, then I will wreak havoc." "How many times have I told you to remove the restraining order and you keep on telling me the same story? You are not...."

   c. Call dated August 1, 2018 – "I want you to understand that I'll make you cry blood, and you know that. If and when I go back to Syria, it will be really bad for you, it won't make a difference to me anymore, and you know that."

17. SA Keegan also noted during the review of the translated telephone calls that Allouz had been in contact with other individuals, and was making statements about harming Zakaa, and her family. In particular, Allouz had called his cousin, Ibrahim Allouz, hereinafter referred to as Ibrahim, and plotted to have Zakaa's brothers arrested or kidnapped in Syria to force Zakaa into dismissing the order of protection. A sample of the translated telephone calls are listed below:

   a. (This was a recorded non-contact visit between Allouz and a "doctor" on February 14, 2017, while he was at a CT DOC facility. It should be noted this is the only recorded conversation which did not generate from Massachusetts) Allouz stated "If I don't slaughter her here, I will slaughter her in Syria." Allouz stated "If she keeps this

- 4 -

mentality, I will get rid of her, I swear." Allouz stated "I will not do anything here. But in Syria, I can do anything I want."

b. Call dated July 25, 2018 – "But once I arrive in Hama, by God, everything, everything, everything will be alright, man. By God, I will kill her siblings. By the God Almighty." "Damn them all man."

c. Call dated August 1, 2018 – "Tell them [his brothers] to talk to her [Zakaa] now and say things to upset her, that lying whore." "That they [his brothers] will tell her [Zakaa] we fixed things for our brother so he can be able to go back to Syria but whatever harm is done to your family, we will not blame our brother [Allouz]." "By God, I will damn the hell out of her family, man." "By God, I will make her life miserable." "I swear by God, I will kill them and damn their creator, man."

d. Call dated August 21, 2018 – "I mean look, if it was someone other than me, he might think of getting out and slaughter her." "I really can get out and curse the hell out of her and kick her out like a dog." "I swear by Almighty God Abu-Luna that she has (unintelligible) to be slaughtered."

e. Call dated August 21, 2018 – "I have given your cousin the task to take care of the matter. I don't want anyone to stand in Ibrahim's way with your permission my brother." "I have already surrendered this matter to my cousin Ibrahim. And I beg you brother not to let anyone stop him or stand in his way."

f. Call dated August 21, 2018 – "Just this son of a bitch if she just rescinds the restraining order, this low life, I would be released immediately. She is making a mess with her talk cousin." "Arrest her brothers for me, arrest her brothers." "Once you arrest her brothers, this son of a bitch will..." "She will be forced, she will be forced to try to get me out so that her brothers would be released." "Tell her, your brothers will not get out, you son of a bitch, unless you get our cousin released."

g. Call dated August 23, 2018 – "If I get out it is because I will damn her God, I want to kill her and go back to prison again."

18. On August 17, 2018, TFO Migani and SA Keegan interviewed Zakaa at her residence in Middletown, Connecticut. It should be noted that this interview was the first of several interviews with Zakaa. During the initial interviews Zakaa would deny that Allouz had threatened or harassed her. However, Zakaa would make statements which indicated she had been harassed or threatened. Zakaa had been asked why she had stopped the divorce proceedings, and she stated she had stopped the divorce proceedings against Allouz because she feared retribution from Allouz's family against her family in Syria.

19. On August 31, 2018, TFO Migani and SA Keegan again interviewed Zakaa at her residence. Zakaa continued to deny that she had received any threats from Allouz. TFO Migani told Zakaa that he had listened to a sample of the telephone calls she had received from Allouz where he had harassed and threatened her if she didn't dismiss the order of protection. TFO Migani asked Zakaa based on those threats was she afraid for the safety of herself and her children when Allouz gets out of jail. Zakaa responded "of course, I'm afraid for me and my family."

20. On November 7, 2018, Allouz was transferred from the Immigration Detention Center in Greenfield, Massachusetts to Superior Court, Middletown, Connecticut for an arrest warrant charging Allouz with a Criminal Violation of a Protection Order. This was a result of Allouz communicating with Zakaa, in violation of the Protection Order, while Zakaa lived in Middletown, Connecticut.

21. On December 19, 2018, SA Keegan and TFO Migani conducted a recorded interview of Allouz at the Hartford Correctional Institution, CT DOC, post Miranda warnings (Arabic). SA Keegan admonished Allouz from lying to federal investigators before the interview, and during the interview. Allouz denied that he had assaulted his juvenile son or Zakaa. Allouz denied that he had

threatened or harassed Zakaa. Allouz did say "maybe his brothers threatened his wife, but he did not."

22. Allouz denied that he had plotted to have Zakaa's brothers arrested or kidnapped. However, SA Keegan had referenced a recorded telephone call from August 22, 2018 where Allouz had asked an individual if he had contacted Ibrahim and told him "Alaa [Allouz] wants him to stop everything now." Allouz responded that he did not want Ibrahim in his business to mediate or anything else, and that Ibrahim is a liar. SA Keegan asked Allouz if he told Ibrahim to stop with the arrest of Zakaa's brothers, and he said "yah, everything, everything" and that he doesn't want to hurt anyone at all.

23. Allouz when confronted with the translated telephone calls initially stated that the translator misunderstood. Later in the interview Allouz stated that the translator was a liar.

24. On January 9, 2019, SA Keegan and TFO Migani interviewed Zakaa at her residence. Zakaa stated she had received threatening letters from Allouz while he had been incarcerated in Connecticut. Zakaa advised that in the letters Allouz demanded she have the order of protection removed. Zakaa was asked if she still possessed the letters, and she replied that she had burned them.

25. Zakaa told investigators that approximately two years ago, when she had moved to her residence in Middletown, Connecticut, she had received a recorded message on her cell phone via the WhatsApp application from Ibrahim. Zakaa stated the recorded message had been forwarded to her from a member of Allouz' family. Zakaa stated that in the recorded message, Ibrahim stated if she did not have the protection order removed from his cousin, he would arrest or kidnap her brothers in Syria, and she would "cry tears of blood for her brothers." Zakaa was asked if she felt this threat from Ibrahim was credible, and if Ibrahim had the means to either kidnap or arrest her brothers in Syria. Zakaa responded "yes." Zakaa continued to say that Ibrahim is more violent than her husband, and would harm her family in Syria.

26. SA Keegan read a transcript to Zakaa from a recorded non-contact visit between Allouz and a "Doctor" while incarcerated in Connecticut on February 14, 2017. During the recorded visit, Allouz stated "if I don't slaughter her here, I will slaughter her in Syria" and "she will get it." Allouz also stated "if she keeps this mentality, I will get rid of her. I swear" and "I will not do anything here, but in Syria I can do anything I want." SA Keegan asked Zakaa how she felt hearing these statements from her husband. Zakaa stated "he has those words like that, he's crazy and will do it." Zakaa also agreed that in Syria and Jordan, "yes, he can do anything."

27. SA Keegan read a transcript to Zakaa from a recorded telephone call that Allouz made to her on July 25, 2018. During the recorded telephone call Allouz stated "If you don't fix things up this coming week, then I will wreak havoc." Zakaa responded "he will take care of her family in Syria, hurt them."

28. SA Keegan read a transcript to Zakaa from a recorded telephone call made by Allouz to his friend, Abu Luna, on August 23, 2018. During the recorded telephone call Allouz stated "if I get out it is because I will damn her God, I want to kill her and go back to prison again." Zakaa responded that she does not know if Allouz would harm her if he gets out of prison, but she is afraid of him.

Conclusion

29. Based upon the above articulated facts, your affiant submits that there is probable cause to believe that Alaa Hasan Qalb Allouz has committed the offense of Title 18, United States Code, Sections 2261A(2)(A) and 2261A(2)(B)(Stalking). Your affiant respectfully requests the issuance of the requested criminal complaint and arrest warrant.

30. Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

_1/18/19_
Executed on (Date)

_Andrew Klopfer_
Andrew Klopfer
Special Agent
Federal Bureau of Investigation

Date/Time: _1/18/19 @ 11:44 a.m._

_/s/ RMS_
ROBERT M. SPECTOR
United States Magistrate Judge

- 9 -